| DOCUMENTS UNDER SEAL ☐ | | | DOCUMENT NUMBER: | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Ivy Lerma Garcia | | REPORTER/FTR FTR 7/10/07 10:08:25-10:25:30 | |
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | DATE 7/10/07 | | NEW CASE ☐ | CASE NUMBER 4-07-70388-WDB |

### APPEARANCES

| DEFENDANT THOMAS RICHARD WILLLIAMS | AGE | CUST Yes | P/NP P | ATTORNEY FOR DEFENDANT Jerome Matthews | PD. ☒ APPT. ☐ | RET. ☐ |
|---|---|---|---|---|---|---|
| U.S. ATTORNEY Michelle Morgan-Kelly | | INTERPRETER None | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D | |
| PROBATION OFFICER None | | PRETRIAL SERVICES OFFICER Victoria Gibson | | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES | |

### PROCEEDINGS SCHEDULED TO OCCUR - (IF NOT HELD TYPE NH IN TIME FIELD)

| ☐ INITIAL APPEAR time | ☐ PRELIM HRG time | ☐ MOTION time | ☐ JUGM'T & SENTG time | ☐ STATUS time |
|---|---|---|---|---|
| ☐ I.D. COUNSEL time | ☐ ARRAIGNMENT time | ☐ BOND SIGNING time | ☐ IA REV PROB. or S/R time | ☐ BAIL REVIEW time |
| ☒ DETENTION HRG time 17 Mins HELD | ☐ ID/REMOVAL HRG time | ☐ CHANGE PLEA time | ☐ PROB. REVOC. | ☐ SUP REL HRG |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED JUL 10 2007 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND**

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED | ☐ RELEASED | ☒ DETENTION HEARING NO FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

PER DEFT'S ATTY'S REQUEST NO FORMAL FINDINGS WILL BE ISSUED BY THE COURT. THE DEFT'S ATTY. RESERVES FURTHER ARGUMENT RE: ISSUE OF DETENTION

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 7/13/07 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☐ STATUS/TRIAL SET |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON. WAYNE D. BRAZIL | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

### ADDITIONAL PROCEEDINGS

The govt's atty. continued to seek for the detention of the deft. as a danger to the community. His arrest history has spanned over a 30 year period and his prev. arrests involved violence, assaultive behavior & robbery rel. charges, and 2 of all his arrests resulted in felony convictions. The deft's atty. proffered the following: 1. the deft's wife has agreed to co-sign on the Bond, she co-owns an undeveloped lot in Borago Springs, CA with her brother & the lot is worth $75,000 (total or her half); 2. the deft's friend, John Clark, has agreed to co-sign on the Bond, he's willing to post his properties with $300,000 to $350,000 in equity; the deft. asked the Court to release him full-time on a lockdown basis at the Halfway House. The Court was concerned that the deft. was preparing to orchestrate violence to others based on the info. in the affidavit of the instant offense and he is a manipulator of other people. Based on his criminal history & while working as a police officer when convicted in 1992 of Grand Theft, the Court doesn't have enough confidence that the deft. can control himself & follow the rules. The Court ordered him detained.

cc: WDB's Stats, Pretrial